THE STATE OF OHIO, APPELLEE, *v.* LOESSER, APPELLANT.

[Cite as *State v. Loesser* (1997), 80 Ohio St.3d 419.]

(Nos. 95–2439 and 95–2441—Submitted November
5, 1997—Decided December 24, 1997.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, *L. Christopher Frey* and *Gail Denise Baker,* Assistant Prosecuting Attorneys, for appellee.

*John P. Parker,* for appellant.

The judgment of the court of appeals in case No. 95–2439 is reversed and the cause is remanded to the trial court for further proceedings on the authority of *State v. Haught* (1996), 76 Ohio St.3d 645, 670 N.E.2d 232. See, also, *State v. Pless* (1996), 74 Ohio St.3d 333, 658 N.E.2d 766.

Case No. 95–2441 is dismissed on the basis that no conflict now exists.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.